AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF N.H.
### FILED

**SEALED DOCUMENT**

2011 JUN 10 A 10: 17

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Computer servers at Microsoft, an e-mail provider located at One Microsoft Way, Redmond, WA 98052-6399

Case No. 11 mj 47

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the ___Western___ District of ___Washington___, there is now concealed *(identify the person or describe the property to be seized)*:
  See Attachments A & B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 331(d), 355, 331(a), 352(f)(1), 353(b)(1), 841 & 846; 18 USC 2320(a) | introduction of unapproved & misbranded drugs into interstate commerce; distribution controlled substances; trafficking in counterfeit merchandise |

The application is based on these facts:
  See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David Furtado, Special Agent, FDA/Criminal Investiagtions
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___06/10/2011___

*Judge's signature*

City and state: Concord, NH        Landya B. McCafferty, U.S. Magistrate Judge
*Printed name and title*