**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

In the Matter of the Application
for a Search Warrant for                    **1:11-mj-47**
Computer servers at Microsoft,          **UNDER SEAL - LEVEL I**
an e-mail provider located at
One Microsoft Way, Redmond,
WA 98052-6399

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the
government seeking an extension of the Order precluding Microsoft
from notifying any person of the existence of the Search Warrant
pertaining the e-mail accounts Kerendayan_7@hotmail.com and
Yoavkrisie@hotmail.com ,finds that there is reason to believe
that notification of the existence of the Search Warrant will
result in the destruction of or tampering with evidence or
otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Microsoft shall not notify any
person of the existence of the Search Warrant, for an additional
period of one hundred eighty (180) days.

September  14 , 2011

/s/ Landya B. McCafferty
Landya B. McCafferty
United States magistrate Judge